UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSA L. PROCTOR,

      Plaintiff,

v.

CRISTIAN SAMPER, Acting Secretary,
Smithsonian Institution

      Defendant.

Civil Action No. 07-1258 (CKK)

**RULE 4(m) ORDER**
(November 15, 2007)

The Complaint in this case was filed on July 13, 2007, but there is no record that a copy

of the Complaint has been served on the Defendant Cristian Samper.  Plaintiff's attention is

directed to Federal Rule of Civil Procedure 4(m), which provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120
> days after the filing of the complaint, the court, upon motion or on its own initiative
> after notice to the plaintiff, shall dismiss the action without prejudice as to that
> defendant or direct that service be effected within a specified time; provided that if
> the plaintiff shows good cause for the failure, the court shall extend the time for
> service for an appropriate period.

In order to avoid the finality of a mandatory dismissal, it is hereby

**ORDERED** that by December 13, 2007, Plaintiff must either cause process to be served

and proof of service to be filed with the Court, or file a status report with the Court that indicates

why service has not been made.

**SO ORDERED.**

                            _/s/_____
                            COLLEEN KOLLAR-KOTELLY
                            United States District Judge

Copy to:

ROSA L. PROCTOR
2635 Otis Street, NE
Washington, DC 20018