IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rose L. Proctor | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CRISTIAN SAMPER, | ) Case No. 1:07-cv-01258 |
| Acting Secretary | ) |
| Smithsonian Institution | ) |
| 1000 Jefferson Drive, S.W. | ) Judge Kollar-Kotelly |
| Washington, D.C. 20560 | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PROOF OF SERVICE

I hereby certify, under the penalty of perjury, that the following is true and correct: Service of process in the above captioned matter was made by mailing a copy of the summons and complaint, via certified mail, Receipt No. 7006 2760 0004 0053 5050, to the United States Attorney General. The summons and Complaint were received on November 06, 2007, and documentation demonstrating service is attached hereto.

Respectfully Submitted,

Rose L. Proctor

*[signature]*

**RECEIVED**

NOV 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| SENDER: COMPLETE THIS | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Samuel L Finken_    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  NOV 0 6 2007   C. Date of Delivery |
| 1. Article Addressed to:<br>Attorney General of the<br>United States<br>950 - Pennsylvia Ave. N.W<br>Washington D.C<br>20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:   ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| 2. Article Number<br>(Transfer from service label)  7006 2760 0004 0053 5050 | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

PS Form 3811, February 2004       Domestic Return Receipt        102595-02-M-1540

---

UNITED STATES POSTAL SERVICE     First-Class Mail<br>Postage & Fees Paid<br>USPS<br>Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Rosa L. Proctor
2635 - Otis Street, N.E.
Washington. D.C 20018