IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Rose L. Proctor | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CRISTIAN SAMPER, | ) | Case No. 1:07-cv-01258 |
| Acting Secretary | ) | |
| Smithsonian Institution | ) | |
| 1000 Jefferson Drive, S.W. | ) | Judge Kollar-Kotelly |
| Washington, D.C. 20560 | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## PROOF OF SERVICE

I hereby certify, under the penalty of perjury, that the following is true and correct: Service of process in the above captioned matter was made by mailing a copy of the summons and complaint, via certified mail, Receipt No. 7006 2760 0004 0053 5043, to Cristian Samper, Acting Secretary Smithsonian Institution. The summons and Complaint were received on November 06, 2007, and documentation demonstrating service is attached hereto.

Respectfully Submitted,

Rose L. Proctor

*[signature]*

**RECEIVED**

NOV 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Rosa L Proctor
2635 - Otis Street. N.E.
Washington, D.C 20018

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Secretary of The
Smithsonian Institution
Christian Samper
Acting Secretary
US. Castle 205 MRC 016
P.O Box 37012 Washington D.C 20013-7012

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Scott whiteside
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
Scott whiteside

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 2760 0004 0053 5043

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540