## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rose L. Proctor | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CRISTIAN SAMPER, | ) **Case No. 1:07-cv-01258** |
| Acting Secretary | ) |
| Smithsonian Institution | ) |
| 1000 Jefferson Drive, S.W. | ) **Judge Kollar-Kotelly** |
| Washington, D.C. 20560 | ) |
| | ) |
| Defendant. | ) |
| | ) |

### NOTICE OF APPEARANCE

Please take note that Rose L. Proctor, Plaintiff in the above-captioned matter, has designated the undersigned as her representative in the above-referenced case.

Respectfully Submitted,

   /s/ *Sundeep Hora*
Sundeep Hora (D.C. Bar No. 472944)
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW
Suite 615
Washington, D.C. 20036
Tel. 202.969.8220
Fax 202.969.8224
E-mail: shora@adhlawfirm.com

**COUNSEL FOR PLAINTIFF**