UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE L. PROCTOR<br>2635 Otis Street, NE<br>Washington, DC 20018<br><br>     Plaintiff<br> v.<br><br>CRISTIAN SAMPER,<br>Acting Secretary<br>Smithsonian Institution<br>Washington, DC 20005<br><br>     Defendant. | Civil Action No.: 07-1258 (CKK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher Harwood as counsel for Defendant in the above-captioned case.

       /s/
       CHRISTOPHER HARWOOD
       Assistant United States Attorney
       555 4th St., N.W.
       Washington, D.C. 20530
       (202) 307-0372
       Christopher.Harwood@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Rose L. Proctor**, by mail postage pre-paid and addressed as follows:

ROSE L. PROCTOR
2635 Otis Street, NE
Washington, DC 20018

/s/
CHRISTOPHER HARWOOD
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372
Christopher.Harwood@usdoj.gov