UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSA L. PROCTOR, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CRISTIAN SAMPER, Acting Secretary, )<br>Smithsonian Institution, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 07-1258 (CKK) |

## JOINT REPORT OF LOCAL RULE 16.3 CONFERENCE

This is an employment discrimination action involving claims of race and gender discrimination arising under Title VII of the Civil Rights Act of 1964 and the Equal Pay Act of 1963. This action also involves claims of age discrimination arising under the Age Discrimination in Employment Act of 1967.

Pursuant to Local Civil Rule 16.3, the parties conferred by telephone on Friday, January 11, 2008, and discussed the issues below:

1. <u>Dispositive Motions</u>: Defendant anticipates filing a dispositive motion after the close of discovery.

2. <u>Joinder/Amendment</u>: The parties do not anticipate that it will be necessary to join third parties or amend the pleadings.

3. <u>Assignment To Magistrate Judge</u>: The parties do not consent to referral of this case to a Magistrate Judge.

4. <u>Settlement Possibility</u>: Settlement is possible, but unlikely until after the close of discovery.

5.  Alternative Dispute Resolution: The parties agree that at this point in the proceedings, court-ordered mediation is not likely to assist them in their efforts to settle this matter.

6.  Summary Judgment: The parties agree that any motion for summary judgment should be filed within thirty (30) days after the close of discovery, that any opposition to summary judgment should be filed within thirty (30) days of the filing of the summary judgment motion, and that any reply brief should be filed within fifteen (15) days of the filing of the opposition brief.

7.  Initial Disclosures: The parties agree to exchange the information required under Fed. R. Civ. P. 26(a)(1) by February 11, 2008.

8.  Discovery: The parties propose that discovery be completed 180 days from signing of the scheduling order in this case. The parties agree that discovery matters, including limitations placed on discovery, shall be governed by the Federal Rules of Civil Procedure. The parties believe that twenty-five (25) interrogatories and ten (10) depositions per party shall be sufficient.

9.  Experts: The parties propose that any experts be designated no later than ninety (90) days after the commencement of discovery, and that any rebuttal experts be designated no later than thirty (30) days thereafter. The parties propose that all other requirements of Fed. R. Civ. P. 26 regarding experts should apply.

10. Class Action Procedures: Not applicable.

11. Bifurcation of Discovery or Trial: The parties do not see any need for bifurcation at this time.

12. <u>Proposed Date For The Pretrial Conference</u>: The parties believe that a pretrial conference should be scheduled following the Court's ruling on any outstanding dispositive motion(s).

13. <u>Trial Date</u>: The parties agree that the Court should schedule a trial date at the pretrial conference.

14. <u>Additional Matters</u>: There are no other matters that the parties believe are appropriate for inclusion in a scheduling order.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| SUNDEEP HORA, DC Bar #472944 | JEFFREY A. TAYLOR, DC Bar #498610 |
| Alderman, Devorsetz & Hora PLLC | United States Attorney |
| 1025 Connecticut Avenue, N.W. | |
| Suite 615 | |
| Washington, D.C. 20005 | |
| Ph: (202) 969-8220 | |
| | /s/ |
| | RUDOLPH CONTRERAS, D.C. Bar #434122 |
| | Assistant United States Attorney |
| | |
| | /s/ |
| | CHRISTOPHER B. HARWOOD |
| | Assistant United States Attorney |
| | United States Attorney's Office |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | Ph: (202) 307-0372 |