UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSA L. PROCTOR, )<br>)<br>　　　　Plaintiff )<br>)<br>　v. )<br>)<br>CRISTIAN SAMPER, Acting Secretary, )<br>Smithsonian Institution, )<br>)<br>　　　　Defendant. )<br>_____) | Civil Action No. 07-1258 (CKK) |

## JOINT STATUS REPORT REGARDING DISCOVERY PLAN

Pursuant to the Court's direction at the January 28, 2008 scheduling conference, counsel for the parties respectfully submit the following plan for discovery. Discovery is currently scheduled to close on July 31, 2008.

　　1.　　The parties will exchange initial disclosures by February 11, 2008.

　　2.　　The parties will enter into a protective order by February 29, 2008.

　　2.　　The parties will serve their written discovery requests by March 14, 2008. The parties will respond to any written discovery requests by April 15, 2008.

　　3.　　As ordered by this Court, any affirmative Rule 26(a)(2)(B) statements shall be due by April 30, 2008. Any responsive Rule 26(a)(2)(B) statements shall be due by May 30, 2008.

　　4.　　Counsel for the parties have agreed to hold the following dates for depositions in this case. Because it is early in the process, the parties have not yet identified particular witnesses for deposition:

　　　　May 22-23, 2008

　　　　June 26-27, 2008

      July 2-3, 2008

5.     Magistrate Judge Kay has scheduled a settlement conference for March 10, 2008.

                              Respectfully submitted,

| /s/ | /s/ |
|---|---|
| SUNDEEP HORA, DC Bar #472944 | JEFFREY A. TAYLOR, DC Bar #498610 |
| Alderman, Devorsetz & Hora PLLC | United States Attorney |
| 1025 Connecticut Avenue, N.W. | |
| Suite 615 | |
| Washington, D.C. 20005 | |
| Ph: (202) 969-8220 | |
| | /s/ |
| | RUDOLPH CONTRERAS, D.C. Bar #434122 |
| | Assistant United States Attorney |
| | |
| | /s/ |
| | CHRISTOPHER B. HARWOOD |
| | Assistant United States Attorney |
| | United States Attorney's Office |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | Ph: (202) 307-0372 |