UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSA L. PROCTOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1258 (CKK) |
| | ) Next Deadline: Status Hearing on |
| CHRISTIAN SAMPER, Acting Secretary, | ) September 26, 2008 at 9:00 A.M. |
| Smithsonian Institution, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### PLAINTIFF'S CONSENT MOTION TO AMEND THE JANUARY 28 , 2008 SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff respectfully requests that the Court amend the January 28, 2008 Scheduling Order by extending all deadlines for ninety days. Pursuant to Local Rule 7(m), counsel for the parties conferred and Defendant's counsel consents to this Motion.

There is good cause to grant this Motion. On or around the date the Scheduling Order was entered in this action, Plaintiff began a series of unexpected surgeries to remove large stones from both of her kidneys. Plaintiff's health has deteriorated due to various complications from her condition and the surgeries. Plaintiff was under the impression that this would be a one-time event, however, due to these various complications, Plaintiff has undergone several surgeries over the last few months. The surgeries, and the resultant need for recovery in-between surgeries, have essentially rendered Plaintiff unable to meet with her attorney. As a result, Plaintiff's attorney has not been able to respond to Defendant's written discovery requests, propound written discovery requests on behalf of Plaintiff or schedule a date for Plaintiff's deposition.

Counsel would have asked for an extension sooner, however, after each surgery, Plaintiff was under the impression that she would be back to full health after a short recovery and be

1

ready and able to assist with the prosecution of her case. While Plaintiff does not know her prognosis or whether she will require further incapacitating surgeries, Plaintiff believes that a ninety-day extension should suffice. Counsel for Plaintiff will keep the Court appraised of her health status as necessary and required. Plaintiff is in the process of obtaining a letter from her health care provider regarding her treatment and prognosis and will provide it to the Court as soon as it is available.

This is the first extension of time the Court has granted to either party. Should the Court grant this Motion, the deadline for discovery would be extended from July 31, 2008 to October 29, 2008. The Status Hearing,[1] currently set for September 26, 2008 should also be extended to an appropriate date after the proposed close of discovery. Should the Court grant this extension and deem it necessary, counsel will file an amended discovery plan.

Respectfully submitted,

/s/ SUNDEEP HORA, D.C. Bar #472944
Alderman, Devorsetz & Hora PLLC
1025 Connecticut Avenue, N.W.
Suite 615
Washington, D.C. 20005
Telephone: (202) 969-8220

Counsel for the Plaintiff

Date:   June 4, 2008

---

[1] The January 28, 2008 Scheduling Order provides that due date for dispositive motions would be set at the Status Hearing.

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSA L. PROCTOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1258 (CKK) |
| | ) |
| CHRISTIAN SAMPER, Acting Secretary, Smithsonian Institution, | ) |
| | ) |
| Defendant. | ) |

Upon consideration of Plaintiff's Consent Motion to Amend the January 28, 2008 Scheduling Order and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Plaintiff's Consent Motion to Amend the January 28, 2008 Scheduling Order be and is hereby GRANTED; and it is

FURTHER ORDERED that the January 28, 2008 Scheduling Order be and is hereby AMENDED as follows:

| Events | Deadlines |
|---|---|
| Fact Discovery Close | October 29, 2008 |
| Dispositive Motions | To be set at status hearing |

SO ORDERED.

_____
U.S. District Judge