REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: H

| CAUSE OF ACTION: | 42:2000e Job Discrimination (Employment) | | | |
|---|---|---|---|---|
| CASE NO: 07cv1258 | DATE REFERRED: June 9, 2008<br><br>DISPOSITION DATE: | PURPOSE: Extended Mediation | JUDGE: Colleen Kollar-Kotelly | MAG. JUDGE Alan Kay |

| PLAINTIFF(S): ROSA L. PROCTOR | DEFENDANT(S): CRISTIAN SAMPER |
|---|---|

ENTRIES:

MEDIATION EXTENDED TO DECEMBER 10, 2008